UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

KATHLEEN BREEN, et al.,

      Plaintiffs,

      v.

ELAINE L. CHAO, Secretary of
Transportation, Department of
Transportation, et al.,

      Defendants.

_____

Civil Action No. 05-0654 (PLF)

ORDER

For the reasons set forth in the opinion issued this same day, it is hereby

ORDERED that the motion [Dkt. No. 316] of fifteen prospective plaintiffs to

reconsider this Court's prior orders denying them leave to join or, in the alternative, intervene in

the above-captioned case is GRANTED; and it is

FURTHER ORDERED that plaintiffs may file an amended complaint adding the

movants as plaintiffs to this case on or before April 10, 2018.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: March 27, 2018             United States District Judge